IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GLENTE WILSON and TIFFANY WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 123-067 |
| DECORIUN BRIM; KLLM TRANSPORT SERVICES, LLC; and ACE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court held a teleconference on July 6, 2023, to discuss the jurisdictional amount in controversy. (Doc. no. 10.) Plaintiff's counsel of record, David S. Eichholz, did not appear and instead, attorney Brooke Fitzgerald appeared on his behalf. Ms. Fitzgerald is not admitted to practice in the Southern District of Georgia. The Court cautions Mr. Eichholz he must attend all hearings, and failure to do so again shall result in sanctions.

As discussed at the teleconference, Plaintiffs' counsel must, within seven days, meet and confer with his clients and submit a brief to the Court itemizing and estimating all damages sought so the Court may determine the jurisdictional issue. The brief must certify: (1) Plaintiffs' counsel conferred with Plaintiffs; and (2) the damages information provided is the result of best efforts by counsel and his clients.

SO ORDERED this 6th day of July, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA