IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GLENTE WILSON and TIFFANY WILSON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   CV 123-067 |
| DECORIUN BRIM; KLLM TRANSPORT SERVICES, LLC; and ACE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Columbia County, Georgia, case number 2023ECV0250, based on a lack of subject-matter-jurisdiction, **DIRECTS** the **CLERK** to terminate all pending motions, and **CLOSES** this civil action.

SO ORDERED this 8th day of August, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA